G. Amy Vahdat, Esq. (SBN: 242446)
Kevin M. Davis, Esq. (SBN:140075)
**VAHDAT & ABOUDI, APLC**
16255 Ventura Boulevard, Suite 400
Encino, California 91436
P: (818) 745-2974
F: (818) 745-2976
Email: litigation@valawfirm.com
Attorneys for Plaintiff, MICQUAWAN WARR

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICQUAWAN WARR,<br><br>         Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA;<br>UNITED STATES POSTAL SERVICE,<br>ROBERTO CARLOS JR. CASTANO<br><br>         Defendants | Case No.:<br><br><br>COMPLAINT FOR DAMAGES - .<br>      NEGLIGENCE – MOTOR<br>VEHICLE |

**COMES NOW PLAINTIF** MICQUAWAN WARR, complaining of Defendants and alleges as follows:

## I.

## JURISDICTION

1.     This action is brought pursuant to the Tort Claims Act, 28 U.S.C. §2671 et seq.  Jurisdiction is founded on 29 U.S.C. §§1346(b).

///

///

## II.

## VENUE

2.      The VENUE is proper in the Central District of California.  The motor vehicle accident giving rise to this complaint occurred on or around May 23, 2020, at or around Avenue R and Rose Marie Street in Palmdale, California 93550, which is within the present judicial district.  Plaintiff also resides within this judicial district.

## III.

## PARTIES

3.      Plaintiff MICQUAWAN WARR (hereafter "PLAINTIFF") is and at all relevant times was a resident of Los Angeles County, California.

4.      At all times relevant herein, Defendant THE UNITED STATES OF AMERICA is a governmental agency. Defendant UNITED STATES POSTAL SERVICE was and is an agency of the Defendant THE UNITED STATES OF AMERICA.

5.      At all times relevant herein, Defendant ROBERTO CARLOS CASTANO JR. ("CASTANO") is and at all relevant times was a resident of Los Angeles County, California.

## IV.

## FACTS COMMON TO ALL ACTIONS

5.      On May 23, 2020, Plaintiff MICQUAWAN WARR's vehicle was eastbound on Avenue R – 4 when a U.S. Postal Service ("USPS") mail-delivery truck that was facing eastbound at a stop on Avenue R – 4 suddenly and without warning, made a U-turn in front of him causing the collision.

6.      On said date, the driver of the U.S Postal Service Truck,  Defendant CASTANO was and is an employee of Defendants UNITED STATES OF AMERICA, and the U.S. POSTAL SERVICE who drove carelessly, negligently

COMPLAINT FOR DEMAGES
NEGLIGENCE -  MOTOR VEHICLE

and with extreme recklessness, including, but not limited to, making a left turn or a U-Turn without looking for oncoming traffic and yielding to such traffic.

7.      In so executing the turn, the driver of the U.S Postal Service Truck, an employee of Defendants UNITED STATES OF AMERICA, U.S. POSTAL SERVICE carelessly and negligently struck Plaintiff MICQUAWAN WARR's vehicle which was proceeding straight and eastbound on Avenue R – 4 and had the right of way.

8.      On December 27, 2021, Plaintiff submitted a claim for $75,000.00 based on the allegations herein to the United States Postal Service for administrative settlement.  The United States Postal Service did not expressly deny the claim and six months have passed.   Accordingly, Plaintiff has complied with the requirements of the Federal Tort Claims Act for the timely filing of claims. Such claims having been denied, Plaintiff hereby institutes the present lawsuit.

## V.

### FIRST COUNT/CAUSE OF ACTION
### NEGLIGENT OPERATION OF A MOTOR VEHICLE

9.      Plaintiff incorporates herein by reference paragraphs 1 through 8, above as though fully set forth herein.

10.      On May 23, 2020, a UNITED STATES OF AMERICA POSTAL SERVICE truck was operated by a UNITED STATES OF AMERICA agent or employee, ROBERTO CARLOS CASTANO JR. as he was in the course and scope of his employment with Defendants UNITED STATES OF AMERICA, U.S. POSTAL SERVICE.

11.      The UNITED STATES OF AMERICA, U.S. POSTAL SERVICE employee was driving negligently and carelessly, including but not limited to making an unsafe left turn in front of oncoming traffic and the PLAINTIFF.

12.      The UNITED STATES OF AMERICA, U.S. POSTAL SERVICE and its agents and employee acted carelessly, recklessly, unskillfully, unlawfully,

tortiously, wantonly and wrongfully entrusted, permitted, managed, serviced, repaired, inspected, maintained, operated, controlled, and drove the U.S. Postal Service Truck as to proximately cause the same to collide against the vehicle in which Plaintiff, MICQUAWAN WARR's, was then driving, as aforesaid, thereby proximately causing the injuries and damages hereinafter mentioned.

13.     The UNITED STATES OF AMERICA, U.S. POSTAL SERVICE employee was also negligent in failing to keep attentive as to his whereabouts and oncoming traffic.  Said Defendants knew or should have known that there was oncoming traffic and attempting a left turn in front of said traffic would be unsafe, all of which negligence, carelessness and recklessness constituted the proximate cause of him striking the Plaintiff.

14.     As a proximate result of each and all of the aforesaid acts and omissions of the Defendants, Plaintiff was injured about his body and its members and was rendered sick, sore, lame and disabled, and was injured in health, strength and activity, a portion of said injuries being permanent.  As a result of said injuries, Plaintiff has had, and in the future will have, physical, mental and emotional pain, suffering, worry and anxiety.

15.     As a proximate result of each and all of the aforesaid acts and omissions of the Defendants, Plaintiff suffered grave and serious mental anguish, fear, anxiety and illness, a portion of said injuries being permanent.  As a proximate result of said injuries and damages, Plaintiff has had, and in the future will have, physical, mental and emotional pain, suffering, worry and anxiety.

16.     By reason of said injuries, Plaintiff has incurred, and probably will incur in the future, hospital, surgical, ambulance, medical, nursing and household expenses, all to his further damage.

17.     By reason of said injuries, Plaintiffs were unable to do their usual work for a period of time, have been unable to do a portion of their work since that

COMPLAINT FOR DEMAGES
NEGLIGENCE -  MOTOR VEHICLE

time, will be partially disabled in the future and have sustained damage to their future earning capacity, all to their damage, according to proof.

18.     By reason of said injuries, Plaintiffs have sustained damage to their future earning capacity, all to their further damage, according to proof.

19.     By reason of said collision, Plaintiff was deprived of the use of an automobile for a period of time, all to Plaintiffs' further damage, according to proof.

## VI.

## PRAYER

WHEREFORE, Plaintiff demands the following relief, jointly and severally, against all the Defendants;

a)     For damages for injuries sustained due to the negligence of the UNITED STATES OF AMERICA, U.S. POSTAL SERVCE's agent and employees, including past and future medical expenses, lost wages, loss of earning capacity, pain and suffering, mental anguish, and all other appropriate damages resulting from his injuries in the sum of $75,000.00;

b)     Costs of suit necessarily incurred herein;

c)     Trial by jury; and

d)     Such further relief as the Court deems just or proper.

**VAHDAT & ABOUDI**

Date:  4/20/2022          By: _____

G. Amy Vahdat, Esq.

**Kevin M. Davis, Esq.**

ttorneys for Plaintiff MICQUAWAN WARR

COMPLAINT FOR DEMAGES
NEGLIGENCE -  MOTOR VEHICLE