UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 22-3284 FMO (JEMx) | Date | January 13, 2023 |
|---|---|---|---|
| Title | Micquawan Warr v. United States of America, et al. | | |

| Present: The Honorable | Fernando M. Olguin, United States District Judge |
|---|---|

| Gabriela Garcia | None Present |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:**   (In Chambers) Order to Show Cause Re: Dismissal Re: Lack of Prosecution

Plaintiff filed a proof of service indicating that defendant Roberto Carlos Castano Jr. ("Castano") was served on August 20, 2022. (See Dkt. 14, Proof of Service). Accordingly, Castano's responsive pleading to the Complaint was due no later than September 12, 2022. See Fed. R. Civ. P. 12(a). As of the filing date of this Order, Castano has not filed a responsive pleading, and plaintiff has not filed an application for entry of default pursuant to Federal Rule of Civil Procedure 55(a). (See, generally, Dkt.).

Accordingly, IT IS ORDERED THAT plaintiff shall file his request for entry of default no later than **January 19, 2023.** Plaintiff is cautioned that failure to file a timely or proper request for entry of default that complies with the applicable Local Rules and Federal Rules of Civil Procedure by the deadline set forth above shall result in the dismissal of this action without prejudice for failure to prosecute and/or failure to comply with a court order. See Fed. R. Civ. P. 41(b); Link v. Wabash R.R. Co., 370 U.S. 626, 629-30, 82 S.Ct. 1386, 1388 (1962); Ferdik v. Bonzelet, 963 F.2d 1258, 1260 (9th Cir. 1992) (district court may dismiss action for failure to comply with any court order).

|  | Initials of Preparer | gga |
|---|---|---|