JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MICQUAWAN WARR, | ) | Case No. CV 22-3284 FMO (JEMx) |
| Plaintiff. | ) | |
| v. | ) | |
| | ) | **JUDGMENT** |
| UNITED STATES OF AMERICA, <u>et al.</u>, | ) | |
| Defendants. | ) | |

IT IS ADJUDGED THAT the above-captioned action is dismissed without prejudice.

Dated this 17th day of July, 2023.

_____
/s/
Fernando M. Olguin
United States District Judge